**EXPEDITED**                                      [DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 20, 2005
THOMAS K. KAHN
CLERK

No.  04-16240
Non-Argument Calendar

_____

D. C. Docket No.  04-60009-CR-DTKH

UNITED STATES OF AMERICA,

                                                      Plaintiff-Appellee,

versus

JUDITH EMILY RICHARDS-BEDWOOD,
a.k.a. Ionia Angella Francis-Grant,

                                                      Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 20, 2005)

Before BIRCH, CARNES, and BARKETT, Circuit Judges.

PER CURIAM:

As the government correctly concedes, the Appellant's sentence is due to be VACATED and the case REMANDED for the limited purpose of resentencing in light of <u>United States v. Booker</u>, 125 S.Ct. 738 (2005).

**SENTENCE VACATED and REMANDED.**